# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | CASE NUMBER: 06-7000M |
| ARTEM V. IVANOV | Pro se |

**THE DEFENDANT:**
Pleaded guilty to count one of the Information, Driving While Ability Impaired, 42-4-1301(1)(b)

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses: offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| CRS 42-4-1401 | Reckless Driving | 10-16-05 | 1 |

The defendant is sentenced as provided in this judgment and in accordance with the findings and conclusions made in open court. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

January 18, 2006
Date of Imposition of Judgment

_Signature of Judicial Officer_

Daniel B. Sparr
U.S. District Judge
Name & Title of Judicial Officer

February 1, 2006
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ten (10) days suspended on the condition of the payment of his fine in the amount of $300.00, special assessment of $10.00 and processing fee of $25.00 which are due and payable to the Court within thirty (30) days.

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Other fees | Fine | Restitution |
|---|---|---|---|
| 1 | processing fee $25.00 | $300.00 | |
| | special assessment 10.00 | | |
| TOTALS | $35.00 | $300.00 | $0.00 |

Defendant shall pay such fine and costs on or before February 18, 2006.